JOHN STAATS, Appellant, *v.* THOMAS GARRETT, Respondent.

(Argued January 20, 1885; decided January 27, 1885.)

*J. H. Clute* for appellant.

*Nathaniel C. Moak* for respondent.

Agree to affirm; no opinion.
All concur, except DANFORTH, J., absent.
Order affirmed.